Kevin R. Lussier (State Bar No. 143821)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone (310) 557-8989
Facsimile (310) 788-0080
E-mail:  klussier@berryperkins.com

Attorney for Plaintiff
CHANEL, INC., a New York Corporation

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNMI SONG a/k/a CELINE U. SONG a/k/a STELLA SONG, YURI KIM and SHAU-HUO CHUNG, jointly and individually, d/b/a BORNTOSHOP5.COM and DOES 1-10, <br><br> Defendants. | Case No. CV 07-07362 GW (JCx) <br><br> **PERMANENT INJUNCTION** <br><br> Date:  May 29, 2008 <br> Time:  8:30 a.m. <br> Place:  Ctrm 10 |

<div style="writing-mode: vertical-rl">BERRY & PERKINS
A PROFESSIONAL CORPORATION</div>

1  This action came on for hearing before the Court on May 29, 2008, The
2  Honorable Judge George H Wu, United States District Court Judge, presiding, on
3  Plaintiff Chanel, Inc.'s (Chanel) Motion For Entry of Default Judgment Against
4  Unmi Song a/k/a Celine U. Song a/k/a Stella Song, Yuri Kim and Shau-Huo
5  Chung, jointly and individually, d/b/a BornToShop5.com (collectively
6  "Defendants"), and the evidence presented having been fully considered, the issues
7  having been duly heard and a decision having been duly rendered,
8      IT IS ORDERED AND ADJUDGED Defendants Unmi Song, Yuri
9  Kim, and Shau-Huo Chung, jointly and individually, d/b/a BornToShop5.com and
10 their respective officers, agents, servants, employees, representatives, and all
11 persons acting in concert and participation with them are hereby restrained and
12 enjoined, from: manufacturing or causing to be manufactured, importing,
13 advertising, or promoting, distributing, selling or offering to sell counterfeit and
14 infringing goods; bearing any trademarks owned by Chanel; using any trademarks
15 owned by Chanel in connection with the sale of any unauthorized goods; using any
16 logo, and/or layout which may be calculated to falsely advertise the services or
17 products of Defendants Unmi Song a/k/a Celine U. Song a/k/a Stella Song, Yuri
18 Kim and Shau-Huo Chung, jointly and individually, d/b/a BornToShop5.com as
19 being sponsored by, authorized by, endorsed by, or in any way associated with
20 Chanel; falsely representing themselves as being connected with Chanel through
21 sponsorship or association; engaging in any act which is likely to falsely cause
22 members of the trade and/or of the purchasing public to believe any goods or
23 services of Defendants Unmi Song a/k/a Celine U. Song a/k/a Stella Song, Yuri
24 Kim and Shau-Huo Chung, jointly and individually, d/b/a BornToShop5.com are in
25 any way endorsed by, approved by, and/or associated with Chanel; using any
26 reproduction, counterfeit, copy, or colorable imitation of any trademark owned by
27 Chanel in connection with the publicity, promotion, sale, or advertising of any
  goods sold by Defendants Unmi Song a/k/a Celine U. Song a/k/a Stella Song, Yuri

1  Kim and Shau-Huo Chung, jointly and individually, d/b/a BornToShop5.com,
2  including, but not limited to, sunglasses, wallets, handbags, scarves, key chains, and
3  shoes; affixing, applying, annexing or using in connection with the sale of any
4  goods, a false description or representation, including words or other symbols
5  tending to falsely describe or represent Unmi Song a/k/a Celine U. Song a/k/a Stella
6  Song, Yuri Kim and Shau-Huo Chung, jointly and individually, d/b/a
7  BornToShop5.com's goods as being those of Chanel or in any way endorsed by
8  Chanel; offering such goods in commerce; and from otherwise unfairly competing
9  with Chanel; and effecting assignments or transfers, forming new entities or
10 associations or utilizing any other device for the purpose of circumventing or
11 otherwise avoiding the prohibitions set forth above.

13     IT IS SO ORDERED

15 Dated:  May 29, 2008

_____
THE HONORABLE GEORGE WU
United States District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action, and my business address is Berry & Perkins (the "business"), 2049 Century Park East, Suite 950, Los Angeles, California 90067.

On May 30, 2008, I caused the following document to be served: **[PROPOSED] PERMANENT INJUNCTION** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Jonathan Seidman
2908 E. 7th Street
Long Beach, CA 90804

**_X_  BY REGULAR U.S. MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

**___  BY FACSIMILE TRANSMISSION:** I sent a true and complete copy of the document(s) described above by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

**___  BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE:** I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

**___  BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above address(es).

**___  BY ELECTRONIC MAIL:** I caused such document to be delivered electronically to the e-mail address(es) above.

**_X_  (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 30, 2008, at Los Angeles, California.

/s/ Kate E. Oyler
Kate E. Oyler

BERRY & PERKINS
A PROFESSIONAL CORPORATION

3     CV07-07362 GW (JCx)
**[PROPOSED] PERMANENT INJUNCTION**